**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:08CV-P584-H**

JA-RON TEAGUE                                                                       PLAINTIFF

v.

LOUISVILLE METRO GOVERNMENT                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

On or about November 11, 2008, the Clerk of Court sent Plaintiff a deficiency notice in this action advising him to file an application to proceed without prepayment of fees or pay the $350.00 filing fee. Plaintiff failed to comply. Accordingly, by Order entered January 14, 2009, the Court ordered Plaintiff to either pay the $350.00 filing fee or file an application to proceed without prepayment of fees. Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of this action. Plaintiff did not comply with the Court's Order. Instead, Plaintiff filed a "motion of clerical error." The Court found that the action was correctly docketed and denied Plaintiff's motion (DN 29). By Order entered April 5, 2009, Plaintiff was again ordered to pay the $350.00 filing fee or face dismissal.

Plaintiff has still failed to comply. Instead, he has filed yet another motion. In his latest motion he asks the Court to voluntarily dismiss this action and restructure it as a criminal removal. The Court has already determined that this action was correctly filed and docketed as a civil-rights action. It is not a criminal removal. Accordingly, Plaintiff's motion (DN 33) is **DENIED.**

Further, due to Plaintiff's continued non-compliance in this action, the Court will enter a

separate Order of dismissal consistent with this Memorandum Opinion.

Date:

cc: Plaintiff, *pro se*

4412.008